```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )     No. 4:06 CR 40 CDP
                                )                    DDN
MARKEL SIMMS,                   )
                                )
            Defendant.          )
```

### ORDER AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This action is before the Court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was scheduled for February 23, 2006.

On February 23, 2006, defendant appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions. He thereupon waived his rights to file pretrial motions and to have a pretrial hearing.

Upon this record,

**IT IS HEREBY RECOMMENDED** that the motion of defendant to suppress statements and evidence (Doc. 19) be denied as moot.

The parties are advised they have ten (10) days to file written objections to this Order and Recommendation. The failure to file objections may result in a waiver of the right to appeal issues of fact.

### ORDER SETTING TRIAL DATE

As directed by the District Judge, this matter is set for a jury trial on the docket commencing March 13, 2006, at 9:00 a.m

*/s/ David D. Noce*
_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on February 23, 2006.