UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
v.                         )  No. 4:06CR40 CDP
                           )
MARKEL SIMMS,              )
                           )
        Defendant.         )

## ORDER

This matter is before the Court on the motion of defendant to suppress evidence and statements. Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge David D. Noce. Judge Noce entered his report and recommendation on February 23, 2006, recommending that the motion to suppress be denied as moot, since defendant withdrew it. Defendant has not objected to the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#22] is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#19] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of March, 2006.